**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Julio LENIS, a.k.a. Rafael Dario Pena, Defendant–Appellant.**

**No. 10–12364**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Dec. 8, 2010.

Jeffrey A. Neiman, United States Attorney's Office, Fort Lauderdale, FL, Wifredo A. Ferrer, U.S. Attorney, Anne R. Schultz, Alejandro Oscar Soto, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Robert N. Berube, Robin J. Farnsworth, Federal Public Defender's Office, Ft. Lauderdale, FL, Julio Lenis, FCI Beaumont Low, Beaumont, TX, Kathleen M. Williams, Federal Public Defender, Federal Public Defender's Office, Miami, FL, for Defendant–Appellant.

Before BARKETT, HULL and MARTIN, Circuit Judges.

PER CURIAM:

Robin J. Farnsworth, appointed counsel for Julio Lenis in this direct criminal appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED,** and Lenis's convictions and sentences are **AFFIRMED.**